FILED

06/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0450

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BARRY SCOTT DORTON,

      Defendant and Appellant.

## ORDER

Upon consideration of counsel's motion to dismiss the above-entitled cause due to mootness, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2023